UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                            Criminal No. 07-cr-173-1-PB

Corey J. Clark

**ORDER OF DETENTION PENDING TRIAL**

In accordance with Section 3142(f) of the Bail Reform Act, 18 U.S.C. §§ 3141 et seq., a hearing was conducted on August 28, 2007, for the purpose of determining whether to detain defendant, Corey J. Clark, who has been indicted on one count of being a drug user in possession of ammunition and one count of being a person convicted of the misdemeanor crime of domestic violence in possession of ammunition.

Under 18 U.S.C. § 3142(b), a court, in making a determination regarding detention, must evaluate the risk of the defendant's flight, the risk to the safety of any other person, and the risk to the safety of the community.  In circumstances when detention is not mandated by the court, the court is nonetheless empowered to impose conditions on release.  18 U.S.C. § 3142(c).

Pursuant to the provisions of 18 U.S.C. § 3142(g) a court, in assessing the risks noted in 18 U.S.C. § 3142(b), shall consider the following: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence as to guilt; (3) the history and characteristics of the accused, including family ties, past history, financial resources and employment; and (4) the nature and seriousness of the danger to any person or the community that would be posed by a release.

Here, I find that the government has met its burden. Specifically, the weight of the evidence is substantial, caught in possession and an admission of drug usage. He has a violent history with numerous assaults. He is a danger to the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                          */s/ James R. Muirhead*
                                          James R. Muirhead
                                          United States Magistrate Judge

Date:  August 28, 2007

cc:  Jeffrey Levin, Esq.
     Clyde R.W. Garrigan, Esq.
     U.S. Marshal
     U.S. Probation