**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

   **v.**                                         Case No. 07-cr-173-PB

<u>Corey J. Clark</u>


**O R D E R**

The defendant, through counsel, has moved to continue the
November 6, 2007 trial in the above case, citing the need for
additional time to complete discovery and prepare for trial.  The
government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from November 6, 2007 to January 8, 2008.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The October 24, 2007 final pretrial conference is continued

to December 18, 2007 at 4:00 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 24, 2007

cc:  Jeffrey Levin, Esq.
     Clyde Garrigan, AUSA
     United States Probation
     United States Marshal